UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:11-CR-38-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER DAVID FRAZIER | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, September 7, 2011, in Wilmington. The case is hereby CONTINUED to the November 7, 2011 term of court in Wilmington, North Carolina.

SO ORDERED.

This the 29th day of August, 2011.

_____
James C. Fox
Senior U.S. District Judge